JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
U.S DISTRICT COURT

2018 FEB **SEALED**

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JONES,<br><br>Defendant. | INDICTMENT<br><br>18 U.S.C. § 2251(a) and (e), PRODUCTION OF CHILD PORNOGRAPHY (Count I); 18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRAPHY (Count II), 18 U.S.C.§ 2422(b), COERCION AND ENTICEMENT (Count III). |

Case: 2:18-cr-00075
Assigned To : Parrish, Jill N.
Assign. Date : 2/7/2018
Description:

The Grand Jury Charges:

### COUNT I
Production of Child Pornography
(18 U.S.C. § 2251(a) and (e))

Between December, 2016, and March, 2017, in the Central Division of the District

of Utah,

### WILLIAM JONES,

the defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a

minor to engage in sexually explicit conduct for the purpose of producing visual

depictions of such conduct, and the defendant, WILLIAM JONES, knew and had reason

to know such visual depictions would be transported across state lines and in foreign

commerce, by any means including the internet, and which visual depictions were mailed

and transported across state lines and in foreign commerce, by any means including the

internet, and such visual depictions were produced using materials that had been mailed,

shipped, and transported across state lines and in foreign commerce by any means, and

attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

### COUNT II
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

On a date unknown, continuing through March, 2017, in the Central Division of

the District of Utah,

WILLIAM JONES,

defendant herein, did knowingly possess any material which contains an image of child

pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and

transported in interstate and foreign commerce by any means, including by computer, and

which images were produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, including by computer, and

attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## COUNT III
### Coercion and Enticement
### (18 U.S.C. § 2422(b))

Between, October, 2016 and March, 2017, in the Central Division of the District

of Utah,

### WILLIAM JONES,

using a facility or means of interstate or foreign commerce, did knowingly persuade,

induce, entice, and coerce any individual who has not attained the age of 18 years, to

engage in any sexual activity for which any person can be charged with a criminal

offense, and attempted to do so; all in violation of 18 U.S.C. § 2422(b).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. §§ 2251

or 2252A, as alleged in Counts I and II of this Indictment, the above-named defendant

shall forfeit to the United States, (i) any visual depiction described in 2251, 2251A, or

2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film,

videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped, or received in violation of this chapter; (ii) any property,

real or personal, constituting or traceable to gross profits or other proceeds obtained from

such offense; and (iii) any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to such

property. The property to be forfeited includes, but is not limited to, the following:

- Android cell phone

A TRUE BILL:

_____/S/_____

FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____

KARIN M. FOJTIK
Assistant United States Attorney